Vernon SPENCER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49551.

Missouri Court of Appeals,
Western District.

Feb. 21, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and HANNA and LAURA DENVIR STITH, JJ.

## ORDER

Defendant appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing because it was untimely filed under Rule 24.035(b).

Affirmed. Rule 84.16(b).